1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

MAKSIMS ANDRUHOVICS,

Case No.  22-cv-01178-HSG

8

Plaintiff,

**ORDER EXTENDING DEADLINES**

9

v.

Re: Dkt. No. 16

10

SAN FRANCISCO SHERIFF'S OFFICE,

11

Defendant.

12
13
       The Court **SETS** a hearing on August 11, 2022 at 2:00 p.m. in Courtroom 2 on the Fourth

14
Floor, at 1301 Clay Street, Oakland, California regarding Defendant's motion to dismiss, Dkt. No.

15
7.  Plaintiff shall file any opposition to the motion to dismiss by April 8, 2022 at 5:00 P.M., and

16
Defendant shall file any reply by April 15, 2022 at 5:00 P.M.  This order terminates docket no. 16,

17
Plaintiff's motion for extension of time.

18
       **IT IS SO ORDERED.**

19
Dated:  3/28/2022

20

_____
HAYWOOD S. GILLIAM, JR.

21
United States District Judge

22
23
24
25
26
27
28

United States District Court
Northern District of California