UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIMS ANDRUHOVICS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO SHERIFF'S OFFICE,<br><br>　　　　Defendant. | Case No. 4:22-cv-01178-HSG<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 12 |

　　　　Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. This order terminates docket number 25 as moot.

　　　　**IT IS SO ORDERED.**

Dated:　6/2/2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge