UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIMS ANDRUHOVICS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO SHERIFF'S OFFICE,<br><br>    Defendant. | Case No. 22-cv-01178-HSG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 36 |

The Court **GRANTS** Plaintiff's motion for extension of time to file a reply regarding Plaintiff's motion for relief from the government claim requirement. Dkt. No. 36. Plaintiff is directed to e-file the reply by June 30, 2022 at 5pm.

**IT IS SO ORDERED.**

Dated: 6/27/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge