UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIMS ANDRUHOVICS,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO SHERIFF'S OFFICE,<br><br>Defendant. | Case No. 22-cv-01178-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO WAIVE PACER FEES**<br><br>Re: Dkt. No. 41 |

Plaintiff has requested that the Court waive his accrued PACER fees. *See* Dkt. No. 41.

Access to PDF copies of all documents filed in this case is available through the Public Access to Court Electronic Records (PACER) system at: http://cand.uscourts.gov/cm-ecf. PACER users can access up to $30 in charges per quarter before being charged. A party in a case also receives one free electronic copy of electronically filed documents, via the notice of electronic filing or notice of docket activity, if receipt is required by law or directed by the filer. Further information on PACER fees can be found at: https://pacer.uscourts.gov/my-account-billing/billing/options-access-records-if-you-cannot-afford-pacer-fees.

//

//

//

//

//

//

//

//

Plaintiff represents that he has accrued $61.50 in PACER fees, and that because he is unable to pay the fees his PACER account has been disabled.  *See* Dkt. No. 41 at 1-2.  The Court **GRANTS** Plaintiff's motion to waive his accrued fees, and orders waived those fees that Plaintiff has already incurred, in the amount of $61.50.  *See* Dkt. No. 41.  The Clerk's Office shall process the accrued fee waiver.  However, Plaintiff is advised that the Court is not granting Plaintiff a blanket PACER user fee waiver.  Moving forward, absent an advance showing of particularized good cause, Plaintiff will need to either keep his PACER usage within the free limits or pay any fees beyond those limits.

**IT IS SO ORDERED.**

Dated: 7/12/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California