UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIMS ANDRUHOVICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO SHERIFF'S OFFICE,<br><br>　　　　Defendant. | Case No. 22-cv-01178-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 32 |

　　The Court **GRANTS** Plaintiff's motion for leave to file a first amended complaint, Dkt. No. 32, in light of Defendant's notice of non-opposition, Dkt. No. 39. Plaintiff shall file the amended complaint by August 3, 2022.

　　**IT IS SO ORDERED.**

Dated:　7/22/2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge