UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAKSIMS ANDRUHOVICS,

    Plaintiff,

v.

SAN FRANCISCO SHERIFF'S OFFICE,

    Defendant.

Case No. 22-cv-01178-HSG

**ORDER DIRECTING DEFENDANT TO SHOW CAUSE**

The Court **ORDERS** Defendant **TO SHOW CAUSE** why Defendant's motion to dismiss, Dkt. No. 7, is not moot in light of Plaintiff's first amended complaint (Dkt. No. 32-2, to be filed by August 3, 2022). Defendant shall file a statement of two pages or less by August 5, 2022.

As Defendant noted in its notice of non-opposition to Plaintiff's motion for leave to file a first amended complaint, Plaintiff has filed a motion for relief from California claim presentment requirements under California Government Code Section 946.6. *See* Dkt. Nos. 26, 39. The parties are advised that the Court will not reach Defendant's arguments that Plaintiff's state law claims are not viable, including those based on the claim presentment requirements, unless and until Plaintiff pleads a viable federal claim. If there is no viable federal claim, the Court will decline supplemental jurisdiction over the state claims. Accordingly, any future motion to dismiss should focus on whether Plaintiff has adequately pled any federal claim.

**IT IS SO ORDERED.**

Dated: 7/22/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge