UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIMS ANDRUHOVICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO SHERIFF'S OFFICE, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-01178-HSG<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 7, 26, 47 |

　　　　The Court **GRANTS** Plaintiff's motion to dismiss his case without prejudice. Dkt. No. 47. Under Federal Rule of Civil Procedure 41(a), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, which Defendants have not done here. Defendants' pending motion to dismiss, Dkt. No. 7, and Plaintiff's pending motion for relief from California state government claim requirements, Dkt. No. 26, are **TERMINATED AS MOOT**.

　　　　**IT IS SO ORDERED.**

Dated: 7/28/2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge